STATE OF CONNECTICUT *v.* ALICE F. MOORE

The state of Connecticut's petition for certification for appeal from the Appellate Court, 23 Conn. App. 479, is denied.

*Jack W. Fischer,* deputy assistant state's attorney, in support of the petition.

*Michael K. Courtney,* assistant public defender, in opposition.

Decided December 6, 1990

STATE OF CONNECTICUT *v.* VINCENT EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 816, is denied.

*Dennis F. O'Toole,* assistant public defender, in support of the petition.

*Paul J. Ferencek,* deputy assistant state's attorney, in opposition.

Decided December 6, 1990

STATE OF CONNECTICUT *v.* DAVID PAGANO

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 447, is denied.

*Thomas Ullman,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided December 13, 1990